DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
HAYDEN S. ALFANO, ESQ.
Nevada Bar No. 12548
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Phone: (702) 256-5589/Facsimile: (702) 240-4896
dsidran@sidranlaw.com
halfano@sidranlaw.com
Attorney for Defendants CITY TOWING, INC. d/b/a QUALITY TOWING and URT UNITED ROAD TOWING, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS RAMOS PACUSSICH<br><br>            Plaintiff,<br><br>      v.<br><br>WESTLAND TARA VISTA, LLC; AF PROPERTIES 2015, LLC; CITY TOWING, INC.; QUALITY TOWING; 2024 LOSEE PROPERTIES, LLC; AND URT UNITED ROAD TOWING, INC.,<br><br>            Defendants. | Case No.: 2:18-CV-02340-GMN-NJK<br>Dept. No.: 31<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

I hereby certify that on the 7th day of January, 2019, I served a true and correct copy of: 1) DEFENDANTS CITY TOWING, INC. d/b/a QUALITY TOWING and URT UNITED ROAD TOWING, INC.'s ANSWER TO COMPLAINT and DEMAND FOR JURY TRIAL, 2) CERTIFICATE OF INTERESTED PARTIES, and 3) CERTIFICATE OF SERVICE BY MAIL, by placing a true and correct copy of the same in the United States Mail with postage prepaid and addressed to the following:

/ / /

/ / /

/ / /

1  CARLOS RAMOS PACUSSICH
2  3915 Tara Avenue, Apt. #6
   Las Vegas, NV 89102
3  Plaintiff in Pro Se
4
5              /s/ Angela Bangert
               An employee of SIDRAN LAW CORP
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28