# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS RAMOS PACUSSICH, | |
| Plaintiff, | Case No.: 2:18-cv-02340-GMN-NJK |
| vs. | **ORDER OF DISMISSAL BY COURT FOR WANT OF PROSECUTION** |
| CITY TOWING, INC., *et al.*, | |
| Defendants. | |

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

**IT IS HEREBY ORDERED** that the above entitled action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

**DATED** this __1__ day of December, 2020.

_____
Gloria M. Navarro, Judge
United States District Court